UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHESTER L. MALLORY and SUSAN A. OLIVER, as Trustees of the Mallory/Oliver Living Trust Dated April 22, 1994; et al., ) ) ) | 3:06-CV-0487-LRH (RAM) <br><br> MINUTES OF THE COURT |
| Plaintiffs, ) ) | August 6, 2007 |
| vs. ) ) | |
| GEORGE CHANDLER, an individual, JANET CHANDLER, an individual, and COOK INDUSTRIES, a Nevada corporation, ) ) ) ) ) | |
| Defendants. ) ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Defendant Janet Chandler has filed an Emergency Motion for Protective Order (Doc. #42). Plaintiffs filed a Non-Opposition to Emergency Motion for Protective Order (Doc. #44) and Defendant has replied (Doc. #46).

Based on her diagnosis of dementia or early onset of dementia that effects her memory, Defendant Janet Chandler shall not be compelled to testify at deposition or trial. This protection of Janet Chandler shall (i) apply only as long as her condition remains unchanged and that if her condition does change she is compelled to inform the Plaintiffs within a reasonable time from the change and (ii) if her condition remains unchanged through the close of discovery that regardless of any change in her condition thereafter, she will be precluded from testifying at trial.

///

MINUTES OF THE COURT
3:06-CV-0487-LRH (RAM)
August 6, 2007
Page Two
_____

      The hearing regarding Defendant's Emergency Motion for Protective Order (Doc. #42) scheduled on Tuesday, August 28, 2007, at 9:00 a.m. is <u>VACATED</u>.

    IT IS SO ORDERED.

                                            LANCE S. WILSON, CLERK

                                      By:      /s/_____
                                                Deputy Clerk