UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHESTER L. MALLORY, et al., | 03:06-CV-00487-LRH-RAM |
| Plaintiff, | |
| | MINUTE ORDER |
| v. | |
| | November 15, 2007 |
| GEORGE CHANDLER, et al., | |
| Defendant. | |

PRESENT:

THE HONORABLE <u>Larry R. Hicks</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>Rosemarie Miller</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):     <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):    <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Presently before the court is Defendants' Notice of Mootness (# 76[1]).  Defendants filed a Motion to Dismiss (# 31) on April 21, 2007.  On October 8, 2007, Plaintiffs filed a motion for leave to file a first amended complaint (# 64), which was granted on November 13, 2007 (# 75). In light of the fact that an amended complaint was filed, Defendants request that their motion to dismiss be considered moot.  In light of Defendants' notice, IT IS HEREBY ORDERED that Defendants Motion to Dismiss (# 31) is DENIED as moot.

                                        LANCE S. WILSON, CLERK

                              By: _____/s/_____
                                      Deputy Clerk

---

[1] Refers to the court's docket number.