Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHESTER L. MALLORY AND SUSAN A. OLIVER, as TRUSTEES OF THE MALLORY/OLIVER LIVING TRUST DATED APRIL 22, 1994; CHESTER L. MALLORY, an individual; and SUSAN A. OLIVER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE CHANDLER, an individual; JANET CHANDLER, an individual; GARY CHANDLER, an individual; and COOK INDUSTRIES, a Nevada Corporation; and<br>DOES I-X,<br><br>Defendants.<br>_____/ | Case No. 3:06-cv-00487-LRH-RAM<br><br>ORDER **TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiffs Chester L. Mallory and Susan A. Oliver, as Trustees of the Mallory/ Oliver Living Trust dated April 22, 1994; Chester L. Mallory, an individual; and Susan A. Oliver, an individual (collectively, "Plaintiffs") and Defendants George Chandler, an individual; Janet Chandler, an individual; and Cook Industries, a Nevada corporation ("Defendants"), by and through their respective counsel, hereby stipulate and agree that Plaintiffs will have up to and including Friday, January 4, 2007, to respond to the

///

///

///

1  Defendants' Motion to Dismiss First Amended Complaint filed on December 3, 2007 in the
2  above-entitled matter. .
3  DATED December 13, 2007.                         DATED December 13, 2007.

5     /s/ Rachel K. McLendon Kent                         /s/
Timothy A. Lukas, Esq.                            Jeffrey A. Dickerson, Esq.
Brad M. Johnston, Esq.                            Law Office of Jeffrey A. Dickerson
Rachel K. McLendon Kent, Esq.                     9655 Gateway Dr., Suite B
Hale Lane Peek Dennison and Howard                Reno, NV 89521
5441 Kietzke Lane, Second Floor                   Tel. (775) 786-6664
Reno, Nevada 89501                                Fax (775) 786-7466
Tel. (775) 327-3000
Fax (775) 786-6179                                Attorney for Defendants

Attorneys for Plaintiffs

   IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

::ODMA\PCDOCS\HLRNODOCS\696249\1       Page 2 of 2