Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHESTER L. MALLORY AND SUSAN A. OLIVER, as TRUSTEES OF THE MALLORY/OLIVER LIVING TRUST DATED APRIL 22, 1994; CHESTER L. MALLORY, an individual; and SUSAN A. OLIVER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE CHANDLER, an individual; JANET CHANDLER, an individual; GARY CHANDLER, an individual; and COOK INDUSTRIES, a Nevada Corporation; and<br>DOES I-X,<br><br>Defendants.<br>_____/ | Case No. 3:06-cv-00487-LRH-RAM<br><br>ORDER **TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiffs Chester L. Mallory and Susan A. Oliver, as Trustees of the Mallory/ Oliver Living Trust dated April 22, 1994; Chester L. Mallory, an individual; and Susan A. Oliver, an individual (collectively, "Plaintiffs") and Defendants George Chandler, an individual; Janet Chandler, an individual; and Cook Industries, a Nevada corporation ("Defendants"), by and through their respective counsel, hereby stipulate and agree that Plaintiffs will have up to and including Friday, January 11, 2007, to respond to the

///

///

///

::ODMA\PCDOCS\HLRNODOCS\702914\1     Page 1 of 2

Defendants' Motion to Dismiss First Amended Complaint filed on December 3, 2007 in the above-entitled matter.  This extension is due to the intervening holidays and Plaintiffs' counsel's preparation for trial in another matter.  This extension is made in good faith and not for the purpose of delay.

DATE:  January 4, 2008.                                    DATE:  January 4, 2008.

      /s/ R. Kait McLendonKent                                        /s/
Timothy A. Lukas, Esq.                                Jeffrey A. Dickerson, Esq.
Brad M. Johnston, Esq.                                Law Office of Jeffrey A. Dickerson
Rachel K. McLendon Kent, Esq.                         9655 Gateway Dr., Suite B
Hale Lane Peek Dennison and Howard                    Reno, NV 89521
5441 Kietzke Lane, Second Floor                       Tel. (775) 786-6664
Reno, Nevada 89501                                    Fax  (775) 786-7466
Tel. (775) 327-3000
Fax  (775) 786-6179                                   Attorney for Defendants

Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED.

DATED this 7th day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE