Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHESTER L. MALLORY AND SUSAN A. OLIVER, as TRUSTEES OF THE MALLORY/OLIVER LIVING TRUST DATED APRIL 22, 1994; CHESTER L. MALLORY, an individual; and SUSAN A. OLIVER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE CHANDLER, an individual; JANET CHANDLER, an individual; GARY CHANDLER, an individual; and COOK INDUSTRIES, a Nevada Corporation; and DOES I-X,<br><br>Defendants.<br>_____/ | Case No. 3:06-cv-00487-LRH-RAM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**SECOND REQUEST** |

IT IS HEREBY STIPULATED by and between Plaintiffs Chester L. Mallory and Susan A. Oliver, as Trustees of the Mallory/ Oliver Living Trust dated April 22, 1994; Chester L. Mallory, an individual; and Susan A. Oliver, an individual (collectively, "Plaintiffs") and Defendants George Chandler, an individual; Janet Chandler, an individual; and Cook Industries, a Nevada corporation ("Defendants"), by and through their respective counsel, that Plaintiffs will have up to and including Friday, January 18, 2008, to respond to the Defendants' Motion to Dismiss First Amended Complaint filed on December 3, 2007 in the above-entitled matter.  This

///

///

additional extension is needed because of Plaintiffs' counsel's trial schedule.  This extension is made in good faith and not for the purpose of delay.

DATE:  January 11, 2008.                                              DATE:  January 11, 2008.

    /s/ R. Kait McLendon Kent                          /s/
Timothy A. Lukas, Esq.                                                Jeffrey A. Dickerson, Esq.
Brad M. Johnston, Esq.                                                Law Office of Jeffrey A. Dickerson
Rachel K. McLendon Kent, Esq.                                  9655 Gateway Dr., Suite B
Hale Lane Peek Dennison and Howard                        Reno, NV 89521
5441 Kietzke Lane, Second Floor                                  Tel. (775) 786-6664
Reno, Nevada 89501                                                     Fax  (775) 786-7466
Tel. (775) 327-3000
Fax  (775) 786-6179                                                     Attorney for Defendants

Attorneys for Plaintiffs

ORDER

      IT IS SO ORDERED.

      Dated this _____ day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE