UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHESTER L. MALLORY, et al.,

    Plaintiffs,

vs.

GEORGE CHANDLER, et al.,

    Defendants.
_____/

CASE NO. 3:06-cv-00487-LRH-RAM

STIPULATION AND ORDER FOR ENLARGEMENT OF TIME
(First Request)

The parties through their undersigned counsel hereby stipulate and agree that the time in which the Defendants shall have to reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss First Amended Complaint should be enlarged for a period of fourteen (14) days from February 1, 2008, to and including February 15, 2008.

DATED: January 30, 2008.

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON

HALE LANE PEEK
DENNISON AND HOWARD

_____
RACHEL K. McLENDON KENT

**ORDER**

IT IS SO ORDERED nunc pro tunc this 4th day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664