UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHESTER L. MALLORY, et al., | CASE NO. 3:06-cv-00487-LRH-RAM |
| Plaintiffs, | |
| vs. | STIPULATION AND ORDER FOR ENLARGEMENT OF TIME |
| GEORGE CHANDLER, et al., | (Second Request) |
| Defendants. | |

The parties through their undersigned counsel hereby stipulate and agree that the time in which the Defendants shall have to reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss First Amended Complaint should be enlarged for a period of fourteen (14) days from February 15, 2008, to and including February 29, 2008. Mr. Dickerson has been working on several appellate briefs over the past few weeks, which with other matters has delayed completion of the reply.

DATED _____

LAW OFFICE OF
JEFFREY A. DICKERSON

/S/
_____
JEFFREY A. DICKERSON

DATED _____

HALE LANE PEEK
DENNISON AND HOWARD

_____ for
RACHEL K. McLENDON KENT

## ORDER

IT IS SO ORDERED this 19th day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE