AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

CHESTER L. MALLORY AND SUSAN A.
OLIVER, as TRUSTEES OF THE
MALLORY/OLIVER LIVING TRUST
DATED APRIL 22, 1994; CHESTER L.
MALLORY, an individual; and SUSAN A.
OLIVER, an individual,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:  **3:06-cv-00487-ECR-RAM**

GEORGE CHANDLER, an individual;
JANET CHANDLER, an individual; GARY
CHANDLER, an individual; and COOK
INDUSTRIES, a Nevada Corporation and
DOES I-X,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED THAT**:
    (1) Judgment is entered in favor of the Plaintiffs and against the Defendants in the above-referenced matter;
    (2) Plaintiffs are awarded actual damages in the amount of $4,214,260.80, to be trebled pursuant to 18 U.S.C. § 1964( c), for a total judgment of $12,642,782.40; and,

  (3) included in the Judgment and award are reasonable attorney's fees, pursuant to the Declaration of Attorney Brad M. Johnston, in amount of $184,035.75.

  <u>September 30, 2009</u>            <u>**LANCE S. WILSON**</u>
                             Clerk


                        <u>/s/ D. R. Morgan</u>
                          Deputy Clerk